UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ROBERT LIERMAN,

       Plaintiff,

  vs.                 Case No. 15-cv-835

COAST PROFESSIONAL, INC.,

       Defendant.

---

## NOTICE OF SETTLEMENT

---

  Plaintiff Robert Lierman, and Defendant Coast Professional, Inc., by respective counsel, hereby provide notice to the court that a settlement agreement between the Plaintiff and the Defendant has been reached. The Parties anticipate filing a Notice of Dismissal within 45 days.

  Date: July 20, 2017

                 s/ Heidi N. Miller
                 Heidi N. Miller
                 State Bar No. 1087696
                 DELADURANTEY LAW OFFICE, LLC
                 330 S. Executive Drive, Suite 109
                 Brookfield, WI 53005
                 (414) 377-0515; (414) 755-0860 - Fax
                 heidi@dela-law.com
                 *Attorney for Plaintiff*

                 s/ Katherine Maria Saldanha Olson
                 Katherine Maria Saldanha Olson
                 MESSER, STILP & STRICKLER, LTD.
                 225 W. Washington St., Suite 575
                 Chicago, IL 60606
                 312-334-3444; 312-334-3473 - Fax
                 kolson@messerstilp.com
                 *Attorney for Defendant Coast Professional, Inc.*